# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>  Plaintiff, )<br>   )<br> vs. )<br>   )<br> HARLAN QUESTORIA HIGA, )<br>   )<br>  Defendant. )<br> _____ ) | 2:12-cr-155-JCM-VCF<br><br>**ORDER** |

On January 23, 2013, the court granted Saraliene S. Durrett, Esq.'s "Motion to Withdraw as Counsel of Record for Harlan Higa" (#33) and ordered new counsel appointed (#35). Therefore;

IT IS HEREBY ORDERED that Peter S. Christiansen, Esq. is appointed as counsel for Harlan Questoria Higa in place of Saraliene S. Durrett, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Ms. Durrett shall forward the file to Mr. Christiansen forthwith.

DATED this 31st day of January, 2013.

Nunc Pro Tunc Date: January 30, 2013.

_____
JAMES M. MAHAN
United States District Judge