UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN QUESTORIA HIGA,<br><br>Defendant. | Case No. 2:12-cr-155-APG-VCF<br><br>**ORDER DENYING EARLY TERMINATION OF PROBATION**<br><br>(DKT. #65) |

Defendant Harlan Higa moved for early termination of his probation. (Dkt. #65.) By all accounts, Mr. Higa has been a model citizen while on probation, complying with all requirements and maintaining employment. I applaud and encourage his continued efforts. However, "[m]ere compliance with the terms of supervised release is what is expected, and without more, is insufficient to justify early termination." *United States v. Grossi*, No. CR-04-40127 DLJ, 2011 WL 704364, at \*2 (N.D. Cal. Feb. 18, 2011) (citations omitted). At sentencing, I gave Mr. Higa a significant variance from a custodial sentence to probation. Completion of that probationary term is needed to uphold the factors from 18 U.S.C. § 3553 that I considered when imposing sentence. Both the United States Attorney and the Probation Office oppose early termination, and I agree. Defendant's motion is DENIED.

DATED this 10th day of June, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE